NUMBER 13-02-049-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

_____________________________________________________________________


DUDLEY & RAMONA COOPRIDER, ET AL. , Appellants,


v.


HIDALGO COUNTY APPRAISAL DISTRICT, Appellee.

___________________________________________________________________


On appeal from 206th District Court 

of Hidalgo County, Texas.

____________________________________________________________________

 

O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam

 

Appellants, Dudley and Ramona Cooprider, et al., attempted to perfect an appeal from an order entered by the 206th District
Court of Hidalgo County, Texas, in cause number C-1292-00-D. After the clerk's record was received, appellants filed a
motion to withdraw the appeal. In the motion, appellants state that they no longer desire to appeal this matter. Appellants
request that the appeal be dismissed.

The Court, having considered the documents on file and appellants' motion to withdraw the appeal, is of the opinion that
the motion should be granted. Appellants' motion to withdraw the appeal is granted. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of April, 2002 .